UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HENNESSEE GROUP LLC,

                              Plaintiff,              Case No. 07 Civ. 7723 (SHS)

- against -                                    Notice of Motion to Dismiss or Stay

RICHARD ROGEL,

                              Defendant.
------------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the Declaration of Robert C. Sentner and the exhibits thereto, and the Memorandum of Law in Support of Defendant Richard Rogel's ("Rogel") Motion to Dismiss or Stay in Favor of Arbitration, Rogel, through his undersigned counsel, moves this Court for an Order pursuant to Federal Rule of Civil Procedure 12(b), dismissing or staying the above-captioned action pending an arbitration of all claims set forth in Plaintiff Hennessee Group LLC's Complaint in accordance with the parties' written agreement.

Dated: New York, New York
       September 5, 2007                                 NIXON PEABODY LLP

                                                By:   /s/ Robert C. Sentner
                                                     Robert C. Sentner (RS 5223)
                                                     Tamar Y. Duvdevani (TD 7603)
                                                   Alison B. Cohen (AC 7702)

                                               437 Madison Avenue
                                               New York, New York 10022
                                               Telephone: (212) 940-3000
                                               Facsimile: (212) 940-3111

                                               *Attorneys for Defendant Richard Rogel*

10714109.1