UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
HENNESSEE GROUP LLC,                                              :
                                                                  :
                                        Plaintiff,               :   Case No. 07 Civ. 7723 (SHS)
                                                                  :
            - against -                                           :
                                                                  :
RICHARD ROGEL,                                                    :
                                                                  :
                                        Defendant.                :
                                                                  :
------------------------------------------------------------------x


**DECLARATION OF ROBERT C. SENTNER IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS OR STAY THE COMPLAINT IN FAVOR OF ARBITRATION**


**EXHIBIT C**

# AMERICAN ARBITRATION ASSOCIATION
## COMMERCIAL ARBITRATION RULES
### DEMAND FOR ARBITRATION

*MEDIATION: If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box.* ☐ *There is no additional administrative fee for this service.*

| Name of Respondent: **Hennessee Group LLC** | Name of Representative: **Joel S. Stuttman** | Name of Firm: **Joel S. Stuttman, P.C.** | |
|---|---|---|---|
| Address **500 Fifth Avenue, 47th Floor** | Representative's Address: **303 Old Tarrytown Road** | | |
| City **New York** / State **NY** / Zip Code **10110** | City: **White Plains** | State: **NY** | Zip Code: **10603** |
| Phone No. / Fax No. | Phone No. **914.948.8392** | Fax No. | |

The named claimant, a party to an arbitration agreement contained in a written contract, **dated December 15, 1998**, providing for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration thereunder.

THE NATURE OF THE DISPUTE: **Claimant seeks a declaratory judgment that it has not breached the Investment Advisory Agreement and does not owe the sum of $662,298.00 to respondent, or any other amounts to respondent**

| Dollar Amount of Claim $0.00 | Other Relief Sought: ☒ Attorneys Fees ☐ Interest ☐ Arbitration Costs ☐ Punitive/Exemplary ☐ Other |
|---|---|

Amount of filing fee enclosed with this Demand **$3,250.00**

Please describe appropriate qualifications for arbitrator (s) to be appointed to hear this dispute:
**Three person panel as qualified under Section XIV of the attached Investment Advisory Agreement**

Hearing locale **Denver, Colorado** ☒ Requested by Claimant ☐ Locale provision included in the contract

| Estimated time needed for hearings overall: **Three Days** | Type of Business: Claimant <u>Individual</u> <br> Respondent <u>Hedge Fund Advisor</u> |
|---|---|

Is this a dispute between a business and a consumer? ☐ Yes ☒ No   Does this dispute arise out of an employment relationship? ☐ Yes ☒ No

If this dispute arises out of an employment relationship what was/is the employee's annual wage range? Note: This question is required by California law. ☐ Less Than $100,000 ☐ $100,000 - $250,000 ☐ Over $250,000

You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association's Case Management Center, located in Fresno, California, with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement within fifteen days after notice from the AAA.

| Signature (may be signed by a representative) Date: 8/28/07 | Name of Representative: **David S. Chipman** |
|---|---|
| Name of Claimant: **Richard Rogel** | Name of Firm (if Applicable): **Brownstein Hyatt Farber Schreck, P.C.** |
| Address **56 Rosecrown** **P.O. Box 1659** | Representative's Address (To Be Used in Connection with This Case): **410 Seventeenth Street, Suite 2200** |
| City: **Avon** / State: **CO** / Zip Code: **81620-1659** | City: **Denver** / State: **CO** / Zip Code: **80202** |
| Phone No. **970.949.7970** / Fax No. | Phone No.: **303.223.1171** / Email Address: **dchipman@bhfs.com** / Fax No.: **303.223.0971** |

To begin proceedings, please send two copies of this Demand **and the Arbitration Agreement**, along with the filing fee as provided for in the Rules, to the AAA. Send the original Demand to the Respondent.

99999\712\1077847.1