UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HENNESSEE GROUP LLC,

                                              Case No. 07 Civ. 7723 (SHS)

                  Plaintiff
     v.

                                              AFFIDAVIT OF SERVICE

RICHARD ROGEL,

                  Defendants.
------------------------------------------------------------------X

State of New York   )
                       ) ss:
County of New York)

      Myrna Lamolli, being duly sworn, deposes and says:

      1. I am not a party to this action and I am over 21 years of age.

      2. I am employed by the law firm of Nixon Peabody LLP, 437 Madison Avenue, New York, New York 10022, attorneys for the Plaintiff(s).

      3. On **September 5, 2007.** I served a true copy of a **Notice of Motion to Dismiss or Stay, The Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint in Favor of Arbitration, and the Declaration of Robert C. Sentner** in this proceeding by **FEDERAL EXPRESS**, addressed as follows:

Joel S. Stuttman, P.C.
Attorney for the Plaintiff
303 Old Tarrytown Road
White Plains, NY 10603

                                                    _____
                                                      MYRNA LAMOLLI

Sworn to before me this
5th day of **September, 2007**

_____
Notary Public

JOHN A. PASTERICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PA6082750
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 11/9/2010