UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HENNESSEE GROUP LLC,

                      Plaintiff,

   -against-

RICHARD ROGEL,

                    Defendant.
-----------------------------------------------------------------x

Case No. 07 Civ. 7723 (SHS)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiff, HENNESSEE GROUP, LLC.

I certify that I am admitted to practice in this court.

Dated: White Plains, NY
       September 6, 2007

                                     JOEL S. STUTTMAN, P.C.

                                     By: /s/ Joel S. Stuttman
                                         Joel S. Stuttman, Esq. (JS1197)

                                     303 Old Tarrytown Road
                                     White Plains, NY 10603
                                     Phone: (914) 948-8392
                                     Fax: (914) 948-6973

                                     *Attorney for Plaintiff Hennessee Group LLC*