UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
HENNESSEE GROUP LLC,                                  :
:  Case No. 07 Civ. 7723 (SHS)
Plaintiff,             :
:
-against-                                             :  **AFFIDAVIT OF**
:  **SERVICE**
RICHARD ROGEL,                                        :
:
Defendant.             :
------------------------------------------------------------x

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF WESTCHESTER  )

JOEL S. STUTTMAN, ESQ., being duly sworn, deposes and says; that Deponent is not a party to the action, is over 21 years of age and resides in Suffern, New York.

On the 6th day of September 2007, deponent served the within Notice of Appearance on the following parties by United Parcel Service (UPS) overnight mail addressed as follows:

Robert C. Sentner, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
*Attorneys for Defendant Richard Rogel*

_____
JOEL S. STUTTMAN, ESQ. (JS1197)

Sworn to before me this
6th day of September 2007

Dennis D. Murphy, Esq.
Notary Public, State of New York
Qualified in Westchester County
Lic. No. 02MU6083716
Commission Expires November 25, 20_10_