UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HENNESSEE GROUP LLC,

                Plaintiff,

  -against-

RICHARD ROGEL,

                Defendant.
------------------------------------------------------------x

Case No. 07 Civ. 7723 (SHS)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil procedure 7.1 [formerly Local General Rule 7.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, HENNESSEE GROUP LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    NO SUCH CORPORATIONS.

Dated: White Plains, NY
        September 6, 2007

                                        JOEL S. STUTTMAN, P.C.

                                        By:  /s/ Joel S. Stuttman
                                            Joel S. Stuttman, Esq. (JS1197)

                                        303 Old Tarrytown Road
                                        White Plains, NY 10603
                                        Phone: (914) 948-8392
                                        Fax: (914) 948-6973

                                        *Attorney for Plaintiff Hennessee Group LLC*