UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   Case No. 07 Civ. 7723 (SHS)
                                                            :
HENNESSEE GROUP, LLC,                                       :
                                                            :
                              Plaintiff,                    :   Declaration of Joel S. Stuttman
       -against-                                            :
                                                            :
RICHARD ROGEL,                                              :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------x

JOEL S. STUTTMAN, Esq. declares under pentalty of perjury that the following is truce and correct:

1.     I am a member of Joel S. Stuttman, P.C., the attorneys for the plaintiff and as such I am fully familiar with the facts of this case. I submit this declaration in opposition to the defendant's Motion to Dismiss the Complaint in Favor of Arbitration.

2.     For the reasons set forth more fully in the accompanying Memorandum of Law the defendant's Motion to Dismiss the Complaint in Favor of Arbitration should be denied in its entirety.

Dated: White Plains, New York
       September 18, 2007

                                        /S/ Joel S. Stuttman
                                        Joel S. Stuttman (JS 1197)

                                        Joel S. Stuttman, P.C.
                                        303 Old Tarrytown Road
                                        White Plains, NY 10603
                                        Phone: (914) 948-8392
                                        Fax: (914) 948-6973

                                        *Attorneys for Plaintiff*
                                        *Hennessee Group LLC*