STEIN S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HENNESSEE GROUP LLC,

                         Plaintiff,

      - against -

RICHARD ROGEL,

                         Defendant.

------------------------------------------------------------x

Case No. 07 Civ. 7723 (SHS)

STIPULATION TO STAY

Pursuant to 9 U.S.C. § 3, Plaintiff Hennessee Group LLC and Defendant Richard Rogel, by their undersigned counsel, hereby stipulate and agree as follows:

The parties hereby agree to stay this matter pending arbitration of all claims between the parties.

Dated: October __, 2007

NIXON PEABODY LLP

_____
Robert C. Sentner (RS 5223)
Tamar Y. Duvdevani (TD 7603)
437 Madison Avenue
New York, New York 10022
(212) 940-3000
*Attorneys for Defendant*

JOEL S. STUTTMAN, P.C.

_____
Joel Stuttman (JS 1197)
303 Old Tarrytown Road
White Plains, NY 10603
(914)-948-8392
*Attorneys for Plaintiff*

This action is dismissed without prejudice to its renewal at the conclusion of the arbitration

SO ORDERED:

_____
Honorable Sidney H. Stein, USDJ

10757695.1